**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:20CR00258-001 |
| ) | |
| Maria DeSocorro Martinez ) | |
| ) | |

On August 6, 2013, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on December 14, 2020.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| /s/ Julie R. Martin | /s/ Molly McSorley |
| **JULIE MARTIN** | **MOLLY McSORLEY** |
| Sr. United States Probation Officer | Supervising United States Probation Officer |

**Dated:**  August 29, 2023
Bakersfield, California
JRM:jrm

**Re:  Maria DeSocorro Martinez**
   **Docket Number:  0972 1:20CR00258-001**
   <u>**Report and Order Terminating Supervised Release**</u>
   <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Maria DeSocorro Martinez be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   August 29, 2023

_____
UNITED STATES DISTRICT JUDGE